# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 30, 2013

147290

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

CAMILLE F. McMILLAN,
      Plaintiff-Appellant,

v

GENERAL MOTORS CORPORATION,
      Defendant-Appellee.

SC: 147290
COA: 311638
MCAC: 09-000110

_____/

On order of the Court, the application for leave to appeal the May 14, 2013 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 30, 2013



Clerk

t0923